IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2-11-00003 |
| v. | ) | |
| | ) | |
| WILLIAM EARL McGUIRE, JR. | ) | |

O R D E R

The government's motion to continue detention hearing (Docket Entry No. 159) is GRANTED.

The hearing on the defendant's motion for release from detention pending trial (Docket Entry No. 157), scheduled by order entered August 10, 2012 (Docket Entry No. 158), on August 21, 2012, is RESCHEDULED to **Wednesday, August 29, 2012, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge