IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )    No. 2-11-00003
v.    )
    )
WILLIAM EARL McGUIRE, JR.    )

# O R D E R

At the request of defense counsel, and without any objection from the government, it is hereby ORDERED that the hearing on the defendant's motion for release from detention pending trial (Docket Entry No. 157), scheduled by orders entered August 10 and 13, 2012 (Docket Entry Nos. 158 and 160) respectively, is RESCHEDULED to **Friday, August 31, 2012, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge