UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:11-00003 |
| ) | JUDGE SHARP |
| ) | |
| WILLIAM EARL McGUIRE, JR. ) | |

**O R D E R**

A hearing on the pending motions in limine is hereby scheduled for Monday, October 15, 2012 at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE