IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:11-00003-1 |
| v. | ) | Judge Sharpe |
| | ) | |
| WILLIAM EARL McGUIRE, JR | ) | |

**MOTION FOR STATUS CONFERENCE**

Defendant moves for an order setting a status conference in this case as soon as possible. In support, defendant would show:

1. Trial is scheduled on Tuesday October 16, 2012.

2. Issues have arisen that effect the status of the trial, defendant's statutory and constitutional rights, and defense counsel's representation.

3. Counsel is available at any time, but defendant's presence is essential and he is incarcerated in Bowling Green, Kentucky.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)

s/ Stephanie H. Gore
STEPHANIE H. GORE (BPRN17080)

Counsel for Defendant

**Terry & Gore**
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2751 office
(615) 250-4915 fax