UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-00003 |
| | ) | JUDGE SHARP |
| | ) | |
| WILLIAM EARL McGUIRE, JR. | ) | |

## O R D E R

At the October 15, 2012 status conference, defendant was instructed to brief the enforceability of the plea agreement and the speedy trial deadline by October 25, 2012 with the Government's response due by noon on October 31, 2012. Defendant was also instructed to inform counsel by October 24, 2012 whether he desires to have them continue to represent him in this matter.

An hearing on this matter is hereby scheduled for November 1, 2012 at 1:30 p.m. with the trial set to begin on November 6, 2012 at 9:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE