UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | NO: 2:11-00003-2 |
| | ) | JUDGE SHARP |
| JOSHUA EDWARD CALDWELL | ) | |

### ORDER

Pending before the Court is Defendant Caldwell's Motion to Continue Sentencing Hearing (Docket No. 242) to which the Government does not oppose.

The motion is GRANTED and the sentencing set for March 15, 2013, is hereby continued to Friday, August 9, 2013, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE