IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Criminal No. 2:11-00003 |
| ] | Judge Sharp |
| DERRICK LINDER ] | |

## UNOPPOSED MOTION TO EXTEND
## SURRENDER DATE TO APRIL 15, 2013

On March 8, 2013, Derrick Linder was sentenced to imprisonment for 37 months in the Bureau of Prisons. Mr. Linder was allowed to self report before 2:00 p.m. on April 1, 2013.

As of today, Mr. Linder has not received his classification letter from the Bureau of Prisons telling him where to report. Counsel for Mr. Linder was told by the U.S. Marshal's Office that classification is unlikely to be completed before April 1, 2013. Based on this, the Defendant respectfully requests that this Honorable Court extend his surrender date from April 1, 2013 to April 15, 2013. Assistant United States Attorney Lee Deneke does not oppose this motion.

Respectfully submitted,

/s/ Derrick Scretchen
DERRICK SCRETCHEN
Attorney for Derrick Linder
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 425-2689; Fax: (615) 320-5597
scretchenlaw@msn.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on William Lee Deneke, Office of the United States Attorney, by the Court's ECF/electronic filing system on this 27th day of March, 2013.

/s/ Derrick Scretchen
DERRICK SCRETCHEN