UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO: 2:11-00003-2 |
| | ) | JUDGE SHARP |
| JOSHUA EDWARD CALDWELL | ) | |

**ORDER**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 253) to which the Government does not oppose.

The motion is GRANTED and the sentencing set for August 9, 2013, is hereby continued to Monday, December 9, 2013, at 2:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE