UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO: 2:11-00003-2 |
| | ) | JUDGE SHARP |
| JOSHUA EDWARD CALDWELL | ) | |

## ORDER

Pending before the Court is a Joint Motion to Continue Sentencing Hearing (Docket No. 258).

The motion is GRANTED and the sentencing hearing set for set for December 9, 2013, is hereby continued to Monday, May 19, 2014, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE